IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OIL COMPANY, a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 3:12-cv-00042-SLG |

## ORDER REGARDING DEFENDANT'S MOTION TO CONTINUE HEARING

Before the court at docket 21 is defendant Greenpeace's Motion to Continue Hearing on plaintiff Shell Oil Co.'s Motion for a Temporary Restraining Order. At docket 24, Shell responds.

A hearing on Shell's Motion is currently scheduled for 1:30 p.m. on February 29, 2012. Greenpeace requests that the hearing be continued until March 2, 2012 or, in the alternative, by a minimum of two hours from the scheduled time, as counsel for Greenpeace is currently out of state and will be in transit at the originally scheduled time. Shell does not oppose a two-hour continuance, but does oppose further delay.

Having considered the filings of both parties, the hearing on Shell's Motion for a Temporary Restraining Order is rescheduled to commence at **3:30 p.m. on Wednesday, February 29, 2012**. Telephonic appearances will be permitted. Parties

appearing telephonically shall call **(907) 677-6247** no less than five minutes before the scheduled hearing time.

DATED at Anchorage, Alaska, this 29th day of February, 2012.

/s/ Sharon Gleason
Sharon L. Gleason
United States District Judge

3:12-cv-00042-SLG, *Shell Oil Co. v. Greenpeace, Inc.*
Order Regarding Defendant's Motion to Continue Hearing
Page 2 of 2

Case 3:12-cv-00042-SLG   Document 25   Filed 02/29/12   Page 2 of 2