IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OIL COMPANY, a Delaware corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>      Defendants. | Case No.: 3:12-cv-00042-SLG |

## ORDER REGARDING DEFENDANT'S MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Before the Court at docket 30 is defendant Greenpeace Inc.'s motion to extend the deadline for filing its opposition to Shell's motion for a preliminary injunction. At docket 35, Shell opposes. The motion to hear this motion on shortened time was not opposed and is granted. (Docket 31).

Having considered both parties' submissions, Greenpeace's motion is GRANTED as follows:

1. The temporary restraining order against Greenpeace, entered on March 1, 2012 at docket 27, shall be extended for an additional 14 days, to and including March 28, 2012, pursuant to Federal Rule of Civil Procedure 65(b)(2). Good cause for the extension is based upon Greenpeace's request for additional time to file its opposition to the motion for preliminary injunction, and the impact that granting such an extension would have on plaintiff's ability

to fully respond and prepare for the hearing on the motion for the preliminary injunction.

2. The deadline for Greenpeace to file its opposition to Shell's motion for a preliminary injunction is extended until **March 12, 2012 at 5:00 p.m.**

3. The hearing on Shell's motion for a preliminary injunction, previously set for March 14, 2012, will be rescheduled. A scheduling conference to set a new hearing date shall be held on **March 9, 2012 at 10:00 a.m.** Counsel may participate telephonically. To do so, please call (907) 677-6247 at the time scheduled for the hearing.

4. At the scheduling conference, the Court will establish the deadline for Shell's reply to the defendant's opposition, and the plaintiff shall be accorded at least four days for such reply.

DATED at Anchorage, Alaska, this 7th day of March, 2012.

/s/ Sharon Gleason
Sharon L. Gleason
United States District Judge

3:12-cv-00042-SLG, *Shell Oil Co. v. Greenpeace, Inc.*
Order Regarding Defendant's Motion to Extend Deadline
Page 2 of 2

Case 3:12-cv-00042-SLG   Document 37   Filed 03/07/12   Page 2 of 2