IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OIL COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GREENPEACE, INC., a California corporation, and JOHN and JANE DOES 1-20,<br><br>    Defendants. | Case No. 3:12-cv-00042-SLG |

## **SCHEDULING ORDER**

This matter came before the Court for a scheduling conference on March 9, 2012. As stated on the record at that time, IT IS ORDERED as follows:

1. The hearing on plaintiff's Motion for a Preliminary Injunction is rescheduled to **March 19, 2012 beginning at 10:00 a.m.**, with each party accorded up to a total of two hours.

2. Requests for telephonic participation of witnesses shall be filed and served by 5:00 p.m. on March 12, 2012; objections to any such telephonic participation shall be filed and served by 5:00 p.m. on March 14, 2012.

3. The plaintiff's reply to the defendant's opposition to the motion for injunctive relief shall be filed and served by 5:00 p.m. on March 16, 2012.

4. The parties shall each file and serve witness lists by 5:00 p.m. on March 14, 2012 which shall include a description of the intended testimony of each witness.

5. Exhibits shall be filed and served by 5:00 p.m. on March 15, 2012.

Dated this 9th day of March, 2012.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE