# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SHELL OIL COMPANY v. GREENPEACE, INC.

THE HONORABLE SHARON L. GLEASON

DEPUTY CLERK                                CASE NO. 3:12-CV-00042-SLG

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: March 13, 2012
ENTERED AT JUDGE'S DIRECTION:

      Defendant's document titled Opposition to Motion for Preliminary Injunction, at document number 40, has been filed however, it is deficient in the area(s) checked below:

___ Document is not signed. (D.Ak.LR 10.1)

___ Caption of the document is incomplete. (D.Ak.LR 10.1)

___ No proof of service on the document filed. (D.Ak.LR 5.1)

_X_ Document entitled Opposition to Motion for Preliminary Injunction is overlength. (D.Ak.LR 10.1)

___ Document is not in compliance with D.Ak.LR .

___ Other: .

Given the current time constraints in this particular case, IT IS ORDERED that the overlength opposition is accepted for filing. The plaintiff's reply may be up to 30 pages.

[strike.ord][12/97]