Michael A. Moberly
Rebecca J. Hozubin
Law Office of Hozubin & Moberly
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: moberlylaw@alaska.com
       rebecca@akdefenselaw.com
AK Bar #9612073 - Michael A. Moberly
AK Bar #9806016 - Rebecca J. Hozubin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELL OIL COMPANY, a Delaware Corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>GREENPEACE, INC. a California Corporation, and JOHN and JANE DOES 1-20,<br><br>      Defendants. | **GREENPEACE USA'S MOTION IN SUPPORT OF THE MEMORANDUM TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**<br><br>Case No. 3:12-cv-00042-SLG |

Defendant, Greenpeace, Inc. (hereinafter "Greenpeace USA"), a nonprofit California corporation, moves to dismiss the above-listed matter, in its entirety, based on Federal Rule of Civil Procedure 12(b)(1). Plaintiff, Shell Oil Company (hereinafter "Shell"), has not demonstrated that this Court has jurisdiction over any allegation in the Complaint. As such, this entire matter should be dismissed. This motion is

LAW OFFICE OF
**HOZUBIN & MOBERLY**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Case 3:12-cv-00042-SLG   Document 68   Filed 03/19/12   Page 1 of 2

supported by the attached memorandum.  A proposed order is filed herewith.

DATED this 19th day of March 2012.

LAW OFFICE OF HOZUBIN & MOBERLY
Attorneys for Defendant
Greenpeace, Inc.

By: s/Rebecca J. Hozubin
310 K Street, Suite 405
Anchorage, AK  99501
Phone: 907-276-5297
Fax: 907-276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar No. 9806016

**CERTIFICATE OF SERVICE**
I hereby certify that on the 19th day of March 2012, a true and correct copy of the foregoing was electronically sent to the following:

James E. Torgerson, Esq.
Jeffrey W. Leppo, Esq.
Ryan P. Steen, Esq.
Stoel Rives, LLC
510 L Street, Suite 500
Anchorage, AK 99501-1959

LAW OFFICE OF HOZUBIN & MOBERLY

By:   /s/ Rebecca J. Hozubin
9100/389/plead/12(b)(1) Motion

Shell Oil Company v. Greenpeace, Inc. et al.
Case No. 3-12-cv-00042-SLG
Page 2

Case 3:12-cv-00042-SLG   Document 68   Filed 03/19/12   Page 2 of 2